# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                    **CASE NO.:  14-37474-BKC-AJC**
                                                            PROCEEDING UNDER CHAPTER 13

MANUEL R. MOURIZ
CARY MOURIZ

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on _____ JUL 1 5 2016 _____.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/ _____
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☒ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 14-37474-BKC-AJC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
MANUEL R. MOURIZ
CARY MOURIZ
4850 NW 6 ST
MIAMI, FL  33126

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL  33126-5431

06/16/2016 THU 02:54    FAX                                                    ☒001

```
         ********************
         *** FAX TX REPORT ***
         ********************

              TRANSMISSION OK

   JOB NO.              2238
   DESTINATION ADDRESS  13054433219
   SUBADDRESS
   DESTINATION ID       Frank
   ST. TIME             06/16 02:53
   TX/RX TIME           00'44
   PGS.                 1
   RESULT               OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

JUNE 16, 2016

In Re: 14-37474- AJC
MANUEL MOURIZ

Dear MICHAEL FRANK, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that [Creditor name] had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such:

- ☐ A secured creditor [Court claim# ] is not provided for in the Plan
- ☐ A secured creditor [Court claim# ] is treated outside the Plan but the claim's arrearage is not addressed
- ☐ An unsecured priority creditor [Court claim# ] is not provided for in the Plan or the Plan does not conform to the claim
- ☐ Unresolved Objection to claim DE#
- ☐ Plan seeks to value collateral secured by [Creditor name] and no Motion to Value has been filed
- ☐ Motion to Value DE#[ ] filed with no Order
- ☐ Discrepancy between the Order DE#[ ] and the Plan or scrivener's error identified [ ]
- ☑ **_Plan fails to provide for 100% of allowed unsecured claims_**
- ☑ **_Other: TOTAL UNSECURED POC FILED- $24622.02, TOTAL UNSECURED PAID IN PLAN- $10532.52_**

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion